FILED

17 AUG 17 AM 11: 09

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Tina Madlem, | ) | Case No. 1:17-cv-1084 |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| vs. | ) | **STIPULATED DISMISSAL ENTRY** |
| North Shore Transportation, Inc. | ) | |
| Defendant. | ) | |

The Court held a Settlement Conference August 16-17, 2017, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorneys for Plaintiff

_____
Attorney for Defendants

**IT IS SO ORDERED.**

_____  8/17/17
**Dan Aaron Polster**            Date
**United States District Judge**